March 13, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

KRYSTALYN HARRISON, Appellant

NO. 14-11-00403-CV          V.

LUKE HARRISON, JAMES ALLEN GARNER, AND VICKIE ANN GARNER,
Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Luke Harrison, James Allen Garner, and Vickie Ann Garner, signed February 10, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellees, Luke Harrison, James Allen Garner, and Vickie Ann Garner, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.